AO 467 (Rev. 01/09) Order Requiring a Defendant to Appear in the District Where Charges are Pending and Transferring Bail

# UNITED STATES DISTRICT COURT
for the
District of Nevada

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No.  2:25-mj-331-NJK |
| ) | |
| KEYMARION DESHAWN WINSTON ) | Charging District:  Northern Texas |
| ) | Charging District's Case No.  3:25-cr-142 |
| *Defendant* | |

**FILED APR 23 2025 US DISTRICT COURT DISTRICT OF NEVADA**

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. If the time to appear in that court has not yet been set, the defendant must appear when notified to do so. Otherwise, the time and place to appear in that court are:

| Place: | Earle Cabell Federal Building and United States Courthouse<br>1100 Commerce Street,<br>Dallas, TX 75252-1310 | Courtroom No.: | Rebecca Rutherford, US Magistrate Judge |
|---|---|---|---|
| | | Date and Time: | 05/21/2025 at 10:00am |

The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending.

Date:  April 23, 2025

*Judge's signature*

NANCY J. KOPPE, United States Magistrate Judge
*Printed name and title*